UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KHALIK JONES,

                      Plaintiff,

-against-

SHERIFF OF SUFFOLK COUNTY,
SUPERINTENDENT OF RIVERHEAD
CORRECTIONAL FACILITY, VINCENT GERACI M.D.
MEDICAL DIRECTOR, et al.

                      Defendants.

**WRIT OF HABEAS CORPUS**

Docket No. 18-cv-0665(BMC)(JO)

To:    Hon. Dr. Errol D. Toulon, Jr.
        Sheriff of the County of Suffolk
        Suffolk County Correctional Facility
        110 Center Drive
        Riverhead, New York 11901

G R E E T I N G S:

**YOU ARE HEREBY COMMANDED** to have the body of KHALIK JONES, DIN No. 18A4059, detained in the above correctional facility, under your custody, be delivered to the courtroom of the Honorable James Orenstein, United States Magistrate Judge for the Eastern District of New York, U.S. Federal Courthouse, 225 Cadman Plaza East, Brooklyn, New York, Courtroom 11D, to arrive by 2:00 p.m. on September 9, 2019, for proceedings in the above captioned civil action; and to

transport KHALIK JONES back to the Suffolk County Correctional Facility upon the conclusion of said proceedings. .

**WITNESS**, the Honorable James Orenstein, United States District Judge, for the Eastern District of New York, attested by my hand this __6__ day of September, 2019.

Dated: Brooklyn, New York
      9/6/19

                                            s/James Orenstein
                                          _____

                                          Hon. James Orenstein
                                          U.S. Magistrate Judge