UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KHALIK JONES,                                                                         ORDER
                                    Plaintiff,
            - against -
SHERIFF OF SUFFOLK COUNTY, et al.,                           18-CV-0665 (BMC) (JO)
                                    Defendants.
----------------------------------------------------------X

James Orenstein, Magistrate Judge:

I respectfully direct the defendants to respond to the plaintiff's letter, Docket Entry [108], by Wednesday, September 25, 2019. Pursuant to my minute order dated April 25, 2019, Docket Entry [64], I respectfully direct the defendants' counsel to promptly provide a copy of this order to the plaintiff.

        SO ORDERED.

Dated:  Brooklyn, New York
        September 20, 2019

                                                                            _____/s/_____
                                                                            James Orenstein
                                                                            U.S. Magistrate Judge