UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KHALIK JONES,

                     Plaintiff,

    - against -

SHERIFF OF SUFFOLK COUNTY, et al.,

                    Defendants.
----------------------------------------------------------X

ORDER

18-CV-0665 (BMC) (JO)

JAMES ORENSTEIN, Magistrate Judge:

The Clerk of Court is respectfully directed to prepare and issue summonses as to defendants Thomas J. Loughren, Allen Riley and Thomas Beilein, and the United States Marshal Service is directed to serve the summons, complaint (docket entry 1), and the first and second amendments to it (docket entries 67, and 115) without prepayment of fees on those defendants.

SO ORDERED.

Dated: Brooklyn, New York
       November 7, 2019

                                                        /s/
                                              James Orenstein
                                              U.S. Magistrate Judge