UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KHALIK JONES,                                                                    ORDER
                                    Plaintiff,
                    - against -
SHERIFF OF SUFFOLK COUNTY, et al.,                          18-CV-0665 (BMC) (JO)
                                    Defendants.
-----------------------------------------------------------X

James Orenstein, Magistrate Judge:

        The parties do not agree to all terms of the purported stipulation of confidentiality and I

therefore decline to order it. In the absence of consensual relief, the defendants may move for such

protection as they deem appropriate, *see* Fed. R. Civ. P. 26(c), but they may not withhold discovery

simply because no stipulation has been entered. Pursuant to my minute order dated April 25, 2019,

Docket Entry 64, I respectfully direct the defendants' counsel to promptly provide a copy of this order

to the plaintiff.

        SO ORDERED.

Dated:  Brooklyn, New York
        November 15, 2019

                                                                    _____/s/_____
                                                                    James Orenstein
                                                                    U.S. Magistrate Judge