```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KHALIK JONES,                                                    ORDER
                              Plaintiff,
            - against -
SHERIFF OF SUFFOLK COUNTY, et al.,                               18-CV-0665 (BMC) (JO)
                              Defendants.
-----------------------------------------------------------X
```

James Orenstein, Magistrate Judge:

I respectfully direct the defendants to respond to the plaintiff's letter motion, Docket Entry 135, by November 26, 2019. Pursuant to my minute order dated April 25, 2019, Docket Entry 64, I respectfully direct the defendants' counsel to promptly provide a copy of this order to the plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
       November 21, 2019

                                                     _____/s/_____
                                                     James Orenstein
                                                     U.S. Magistrate Judge