UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KHALIK JONES,                                    ORDER
                      Plaintiff,
      - against -
SHERIFF OF SUFFOLK COUNTY, et al.,               18-CV-0665 (BMC) (JO)
                    Defendants.
-----------------------------------------------------------X

James Orenstein, Magistrate Judge:

      I respectfully direct the plaintiff to respond to the defendants' letter motion for protective order, Docket Entry 138, by December 5, 2019. Pursuant to my minute order dated April 25, 2019, Docket Entry 64, I respectfully direct the defendants' counsel to promptly provide a copy of this order to the plaintiff.

      SO ORDERED.

Dated: Brooklyn, New York
       November 25, 2019

                                                                                    /s/
                                                             James Orenstein
                                                             U.S. Magistrate Judge