UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KHALIK JONES,                                                                    ORDER
                              Plaintiff,
        - against -
SHERIFF OF SUFFOLK COUNTY, et al.,                    18-CV-0665 (BMC) (JO)
                              Defendants.
----------------------------------------------------------X

James Orenstein, Magistrate Judge:

       The movant makes inconsistent assertions about whether she does or does not represent the state defendants. If she does not represent them (as suggested by the assertion that those defendants have only recently requested such representation and the lack of a notice of appearance on their behalf), the motion must be denied. *See* Fed. R. Civ. P. 11(a). Moreover, nothing prevents the movant from contacting prison officials to seek to communicate in a timely manner with the plaintiff and solicit his consent. I therefore deny the motion without prejudice to renewal after soliciting the plaintiff's consent as required and in accordance with Rule II.A.4 of my individual practice rules.

       SO ORDERED.

Dated: Brooklyn, New York
       January 29, 2020

                                                                            /s/
                                               James Orenstein
                                               U.S. Magistrate Judge