UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KHALIK JONES,                                                                    ORDER
                        Plaintiff,
      - against -
SHERIFF OF SUFFOLK COUNTY, et al.,                      18-CV-0665 (BMC) (JO)
                       Defendants.
-----------------------------------------------------------X

James Orenstein, Magistrate Judge:

       A telephone status conference in this matter is scheduled for June 2, 2020 at 11:00 A.M. The Superintendent in charge of Five Points Correctional Facility is respectfully directed to ensure that a designated official assigned to handle telephone conferences at Five Points Correctional Facility make Mr. Jones (DIN: 18-A-4059) available by telephone to participate at the conference by dialing into the telephone conference at 1-877-336-1839 and using the access code 391-4302. The Superintendent is further directed to take the necessary steps to ensure that staff assigned to handle the telephone conference scheduled on June 2, 2020 are aware that Mr. Jones must be allowed to participate and remain on the phone for the duration of the conference call and until the Court releases him. I respectfully direct counsel for the defendants to use the same call-in information listed above. If any party experiences difficulty accessing the telephone conference, please contact chambers at Orenstein_Chambers@nyed.uscourts.gov.

       SO ORDERED.

Dated: Brooklyn, New York
       April 3, 2020

                                                                                           /s/
                                                                      James Orenstein
                                                                       U.S. Magistrate Judge