UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KHALIK JONES,

                                  Plaintiff,

-against-

DEPUTY SHERIFF PATRICK HESS,

                                  Defendant.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Docket No. 18-cv-0665 (BMC)(AYS)

To:    Superintendent
         Shawangunk Correctional Facility
         200 Quick Road
         P.O. Box 750
         Wallkill, New York 12589-0750

G R E E T I N G S:

**YOU ARE HEREBY COMMANDED** to have the body of KHALIK JONES, DIN No. 18A4059, detained in the above correctional facility, under your custody, be delivered to the courtroom of the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, U.S. Federal Courthouse, 225 Cadman Plaza East, Brooklyn, New York to arrive by 9:00 A.M. on April 20, 2022 for a jury trial in the above-captioned civil action and,

**IT IS FURTHER ORDERED** that he be transported each subsequent weekday, if necessary, to the court to arrive by 9:00 A.M. throughout the period that testimony is being taken and until the trial is complete in the above-captioned civil action; and

**IT IS FURTHER ORDERED** that the New York State Department of Corrections provide all prisoner housing and transport for the above-named prisoner for the duration of the court proceeding, and

**IT IS FURTHER ORDERED** that the plaintiff is directed to reimburse the New York State Department of Corrections for any expenses borne in connection with the above-captioned civil action (salary of escorting guards, meals, mileage, tolls, parking fees, lodging, etc.) from any recovery he may be awarded in this case, pursuant to New York Civil Rights Law §79(3)(b); and

**IT IS FURTHER ORDERED** that the United States Marshal will provide safe and secure custody assistance at the U.S. Courthouse only; and

**IT IS FURTHER ORDERED** that the plaintiff is directed to reimburse the U.S. Marshal's Service for any expenses borne in connection with the above-captioned civil action (service of process, guard hire, etc.) from any recovery he may be awarded in this case.  Collection of U.S. Marshal's fees is directed pursuant to 28 U.S.C. §§1921, 1915 and 567(A).

**WITNESS**, the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, attested by my hand this ____ day of March, 2022.

Dated: Brooklyn, New York
       March ____, 2022

_____
Hon. Brian M. Cogan
United States District Judge