
March 23, 2022

Hon. Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11722

Re:   <u>Khalik Jones v. Deputy Sheriff Patrick Hess</u>
        Docket No. 18-cv-0665 (BMC)(AYS)

Dear Judge Cogan:

In accordance with your Honor's November 29, 2021 Order, Defendant is proceeding to make Plaintiff, Khalik Jones, available for jury selection and trial scheduled for April 20, 2022.

The plaintiff is currently incarcerated at the Shawangunk Correctional Facility and a Writ of Habeas Corpus Ad Testificandum will be necessary to enable the transport of the plaintiff to the United States District Court, Brooklyn Courthouse, for trial.

To that end, we now file a proposed writ and respectfully request that the Court sign and issue same. The correctional facility requires an original document. Please advise us when the original is available and we will retrieve the document from chambers.

Thank you for your courtesy.

Respectfully submitted,

Dennis M. Cohen
County Attorney

*/s/ Stacy A. Skorupa*
By:  Stacy A. Skorupa
Assistant County Attorney